| | | | |
|---|---|---|---|
| State v. Campos† | 2016AP000780, 2016AP000781 | 06–13–2017 | Affirmed |
| State v. Wilson† | 2016AP000843 CR | 06–01–2017 | Affirmed |
| Communications Prods. Corp. v. American Tr. & Sav. Bank | 2016AP000844 | 06–22–2017 | Affirmed |
| State v. Allen† | 2016AP000885 CR | 06–13–2017 | Affirmed |
| State v. Sholar† | 2016AP000897 CR | 06–20–2017 | Affirmed |
| State v. Boone† | 2016AP000918 CR | 06–27–2017 | Affirmed |
| State v. Moore | 2016AP001014 CR | 06–06–2017 | Affirmed |
| State v. Wendt† | 2016AP001023 CR | 06–22–2017 | Affirmed |
| State v. Chambers | 2016AP001160 | 06–06–2017 | Affirmed |
| State v. Pope† | 2016AP001190 CR, 2016AP001191 CR | 06–08–2017 | Affirmed |
| State v. Coleman | 2016AP001324 CR | 06–27–2017 | Affirmed |
| State v. Townsend† | 2016AP001470 CR | 06–20–2017 | Affirmed |
| State ex rel. Summers v. Litscher | 2016AP001552 | 06–20–2017 | Affirmed |
| County of Lafayette v. Humphrey† | 2016AP001579 | 06–15–2017 | Affirmed |
| State v. Goodpaster†††† | 2016AP001648 CR | 06–06–2017 | Affirmed |
| Amos Financial, LLC v. Langeslay | 2016AP001699 | 06–27–2017 | Affirmed |
| Newman v. Kotlow | 2016AP001913 | 06–15–2017 | Affirmed |
| Lake Arrowhead Ass'n, Inc. v. Wilkes | 2016AP002112 | 06–08–2017 | Affirmed |
| State v. Hansen† | 2016AP002114 CR | 06–14–2017 | Affirmed |
| Marquette County v. Owens | 2016AP002176 | 06–15–2017 | Affirmed |
| State v. Olson | 2016AP002189 CR | 06–27–2017 | Reversed and remanded |
| Arnholt v. Arnholt | 2016AP002242 FT | 06–27–2017 | Affirmed |
| Taylor County DHHS v. S. A. L.† | 2016AP002369, 2016AP002370 | 06–06–2017 | Affirmed |
| State v. Schneller | 2016AP002474 CR | 06–22–2017 | Affirmed |

† Petition to review filed.

†††† Petition to review dismissed.